UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80516-CIV-CANNON/Reinhart

JOYCE SMITH,

    Plaintiff,

v.

ARORA PA,

    Defendant.

_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** comes before the Court upon a sua sponte review of the record. On April 24, 2023, the Court directed the parties, among other things, to file a Joint Notice of Mediator Selection on or before May 15, 2023 [ECF No. 12]. To date, the parties have not done so or requested additional time to comply.

Accordingly, it is **ORDERED AND ADJUDGED** that, on or before **May 29, 2023**, the parties shall file a Joint Notice of Mediator Selection in accordance with the Court's Scheduling Order [ECF No. 12] and show cause, in writing, why they failed to do so by the original deadline of May 15, 2023. Failure to comply with this Order may result in sanctions, including dismissal of the case without further notice.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 22nd day of May 2023.

                                                  AILEEN M. CANNON
                                                  UNITED STATES DISTRICT JUDGE

cc:   counsel of record